The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# A SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ARTHUR COLBY PARKS,<br><br>　　　　　　　　　　Defendant. | NO. 2:24-cr-00175-RAJ<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL |

The parties' Stipulated Motion for Leave to Withdraw and for Substitution of Counsel (Dkt. 13) is GRANTED. It is ORDERED that Brett Andrews Purtzer of Hester Law Group Inc. P.S. withdraw as counsel for Defendant Arthur Colby Parks, and Mark N. Bartlett and Ian Harris of Davis Wright Tremaine LLP substitute as counsel of record for Defendant Arthur Colby Parks.

DATED this 7th day of November, 2024.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO
WITHDRAW AND FOR SUBSTITUTION OF COUNSEL - 1
(Case No. 2:24-cr-00175-RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Ste. 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax