The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-175-RAJ |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| ARTHUR COLBY PARKS, | |
| Defendant. | |

1. This Protective Order governs all discovery material in any format (written or electronic) that is produced by the government in discovery in the above-captioned.

2. Discovery in this case includes approximately 2,600 pages of documents from financial institutions and phone providers that contain Victim 1's personally identifiable information (PII).  For purposes of this order, PII is as Social Security numbers, driver's license numbers, dates of birth, addresses, phone numbers, and bank or other financial account numbers.  Redacting the discovery to delete PII would unnecessarily delay the disclosure of discovery to the defendants and would frustrate the intent of the discovery process.  The materials described in this paragraph 2 are collectively "Protected Material."

PROTECTIVE ORDER - 1
*United States v. Parks*, CR24-175-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The government shall mark materials containing Victim 1's PII from financial institutions, phone providers, and other third parties as "Protected Material."

4. Access to Protected Material will be restricted to the Defense Team, with the limited exceptions discussed in paragraphs 5 through 8 below. "Defense Team" shall be limited to attorneys of record for the defendants and any of the following people working on this matter under the supervision of the attorneys of record: attorneys, investigators, paralegals, law clerks, testifying and consulting experts, and legal assistants. For purposes of this Order, "Defense Team" does not include the defendant. Defendant's attorney shall inform any member of the Defense Team to whom disclosure of discovery material is made of the existence and terms of this Protective Order. Members of the Defense Team shall not provide copies of any discovery material to any persons outside of the Defense Team, except as specifically set forth below.

5. Members of the Defense Team shall retain custody of all copies of the Protected Material, except as discussed below in paragraph 6. Members of the Defense Team shall use Protected Material only for the purpose of preparing a defense to the charges in this action. Members of the Defense Team may review the Protected Material with the defendant and witnesses for purposes of trial preparation, provided that the defendant and witnesses may review the Protected Material only in the presence a member of the Defense Team and may not take notes regarding the content of the Protected Material.

6. The defendant may review Protected Material at the office of his counsel but is prohibited from printing out, copying, or disseminating discovery that contains Protected Material. The Defense Team may, however, provide their client materials that either do not contain any PII or otherwise have been redacted by the Defense Team to remove all PII. Further, the defendant may be provided his own PII.

7. Any discovery material containing PII that the Defense Team files with the Court in connection with pre-trial motions, trial, or other matters before the Court, shall either be redacted to remove the PII or personal financial information, or shall be filed

PROTECTIVE ORDER - 2
*United States v. Parks*, CR24-175-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

under seal and shall remain sealed until otherwise ordered by the Court. These redactions must be made, irrespective of whether the government marked the document as Protected Material.

8. This Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order or by order of the Court.

DATED this 15th day of November, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER - 3
*United States v. Parks*, CR24-175-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970