The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR COLBY PARKS,<br><br>Defendant. | NO. CR24-175-RAJ<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND TO EXTEND PRETRIAL MOTIONS DEADLINE |

This matter came before the Court on the parties' Joint Motion to Continue Trial Date. The Court finds and rules as follows:

1.     On October 2, 2024, the grand jury charged Arthur Colby Parks with 12 counts of wire fraud. Parks was arraigned on October 24, 2024, and released on bond. On the same day, the government provided Parks' then-counsel with initial discovery disclosures and a proposed protective order. On about November 5, 2024, Parks retained new undersigned counsel, and on November 7, 2024, the Court granted the stipulated motion for substitution of counsel.

2.     On November 4, 2024, the government provided Parks' new counsel with initial discovery disclosures, and on November 13, 2024, the government filed an agreed motion for a protective order. The government is prepared to produce discovery to defense quickly after entry of the protective order. However, as of the date of this order, defense has not received any discovery.

ORDER - 1
*United States v. Parks*, CR24-175-RAJ

1      3.      The next date on which counsel for both parties and the Court are available

2  for trial is May 5, 2025.  The parties agree that a delay to this date is necessary to achieve

3  the ends of justice to allow adequate time for trial preparation.

4  18 U.S.C. 18 § 3161(h)(7)(B)(iv).  Accordingly, the parties submit that the ends of

5  justice served by granting this continuance outweigh the best interests of the public and

6  the defendant in a speedy trial.

7      4.      The COURT FINDS that the ends of justice will best be served by a

8  continuance and outweigh the best interests of the public and the defendant in a speedy

9  trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A);

10      5.      The COURT FINDS that the failure to grant such a continuance in this case

11  would likely result in a miscarriage of justice because failure to order the continuance

12  would deny the defendant and the government adequate time to prepare for trial.  18

13  U.S.C. § 3161(h)(7)(B)(i) and (iv); and

14      6.      The COURT FINDS that pursuant to 18 U.S.C. § 3161(h)(7)(A) and

15  (h)(7)(B)(iv), the period of delay is reasonable.

16      Based on these findings it is ORDERED that the parties' joint motion (Dkt. 16) is

17  GRANTED.  Trial in this matter is continued to May 5, 2025.  All pretrial motions,

18  including motion in limine, shall be filed no later than March 24, 2025.

19      IT IS FURTHER ORDERED that the period of delay from the date of this motion

20  through the new trial date of May 5, 2025, is excludable time pursuant to Title 18, United

21  States Code, Section 3161 et seq., for purposes of computation of the time limitations

22  imposed by the Speedy Trial Act.

23      DATED this 15th day of November, 2024.

24

25

26  _____

27  The Honorable Richard A. Jones
   United States District Judge

28

ORDER - 2
*United States v. Parks*, CR24-175-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970