The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　　　　v.<br><br>ARTHUR COLBY PARKS,<br><br>　　　　　　　Defendant. | NO. 2:24-cr-00175-RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter came before the Court on the parties' Joint Motion to Continue Trial Date. The Court finds and rules as follows:

1. On October 2, 2024, the grand jury charged Arthur Colby Parks with 12 counts of wire fraud. Parks was arraigned on October 24, 2024, and released on bond. On the same day, the government provided Parks' then-counsel with initial discovery disclosures and a proposed protective order. These materials were provided to undersigned counsel on November 4, 2024.

2. Trial was set for December 15, 2024. On November 15, 2024, the Court granted the parties' Joint Motion to Continue Trial and Pretrial Motions Deadline and reset trial for May 5, 2025.

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1
*United States v. Parks*, 2:24-cr-00175-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. On November 20, 2024, the government provided defense with the full production of discovery for this case. Discovery includes approximately ten years' worth of bank records for multiple financial accounts and detailed financial analysis.

4. Defense counsel has indicated that he needs additional time to prepare for trial, including time to evaluate the possibility of resolving the case before trial and/or engaging a forensic accountant. The parties agree that a short delay to the current trial date is necessary to achieve the ends of justice to allow adequate time for trial preparation. 18 U.S.C. 18 § 3161(h)(7)(B)(iv). Accordingly, the parties submit that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5. The COURT FINDS that the ends of justice will best be served by a continuance and outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A);

6. The COURT FINDS that the failure to grant such a continuance in this case would likely result in a miscarriage of justice because failure to order the continuance would deny the defendant adequate time to prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv); and

7. The COURT FINDS that pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the period of delay is reasonable.

Based on these findings it is ORDERED that the parties' Joint Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. 20) is GRANTED. The trial date in this matter is continued to June 23, 2025. All pretrial motions, including motions in limine, shall be filed no later than April 7, 2025.

///
///
///

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2
*United States v. Parks*, 2:24-cr-00175-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the period of delay from the date of this order through the new trial date of June 23, 2025, is excludable time pursuant to Title 18, United States Code, Section 3161 et seq., for purposes of computation of the time limitations imposed by the Speedy Trial Act.

DATED this 5th day of March, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 3
*United States v. Parks*, 2:24-cr-00175-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970