THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-00175-RAJ |
| Plaintiff, | |
| v. | ORDER ON UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE |
| ARTHUR COLBY PARKS, | |
| Defendant. | |

THE COURT, having considered Defendant Arthur Colby Parks' Unopposed Motion to Extend Self-Surrender Date to Federal Correction Institution Sheridan Satellite Camp, and finding that there is good cause to delay, it is hereby

ORDERED that the Unopposed Motion to Extend Self-Surrender Date (Dkt. 42) is GRANTED; and it is further

ORDERED that Mr. Parks' current surrender date of December 11, 2025, is extended to January 22, 2026.

DATED this 26th day of November, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON UNOPPOSED MOTION
TO EXTEND SELF-SURRENDER DATE — 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax